**1344** SCHOOL DISTRICT NO. ONE (Portage) vs. RYAN (Supervisor, Adams), 19 M., 203.

To compel respondent to levy a tax for the payment of certain bonds issued by School District No. 1, prior to the formation of the township of Adams out of territory formerly within School District No. 1.

Denied October 12, 1869.

Held, that the creation and organization of a new township severs its territory from the school district within which it was formerly embraced, and there is no general provision of law which charges the property within the new township with the obligation to pay any debts created for school purposes which existed at the time of the creation of the new township.

**1345** BOARD OF SUPERVISORS (Cass), vs. TOWNSHIPS OF PORTER AND CALVIN, 18 M., 101.

To compel respondents to levy in the tax roll for 1868, such sums as are required to pay principal and interest on certain county bonds alleged to have been lent to the towns upon the condition, afterwards sanctioned by the legislature, that the towns should have the amount apportioned to them as their share of county taxes.

The court held, that "technically the writ cannot issue precisely as prayed, inasmuch as the roll for 1868 has run out. The law, however, seems to contemplate that a special roll may be made for the collection of these taxes. But we have thought it best under all the circumstances, not to require this unusual step to be taken, but to leave the matter to be provided for in the taxes. of 1869. We shall, therefore, suspend action on the writ at present, without costs to either party, leaving the proceedings. open, and not dismissing them."